UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JANAY REBBECCA JOHNSON,**

      **Plaintiff,**

v.                                                 Case No.   6:24-cv-33-ACC-DCI

**EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, and JPMORGAN CHASE BANK, N.A.,**

      **Defendants.**

---

### ORDER OF DISMISSAL AS TO DEFENDANT TRANS UNION LLC (ONLY)

The Court has been advised by **counsel for Plaintiff** that the claims against Defendant Trans Union LLC (only) have been settled.

Accordingly, pursuant to Local Rule 3.09(b) M.D. Fla., it is **ORDERED AND ADJUDGED** that Plaintiff's claims against Defendant Trans Union LLC (only) are hereby **DISMISSED** without prejudice and subject to the right of the parties, within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose. After that 60-day period, however, dismissal of Plaintiff's claims against Defendant Trans Union LLC (only) shall be with prejudice.

- 2 -

The Clerk is further directed to terminate Defendant Trans Union LLC as a party.

**DONE** and **ORDERED** at Orlando, Florida on February 22, 2024.

ANNE C. CONWAY
United States District Judge

**COPIES FURNISHED TO:**
Counsel of Record