UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JANAY REBBECCA JOHNSON,**

      **Plaintiff,**

v.                                       Case No: 6:24-cv-33-PGB-DCI

**EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, and JPMORGAN CHASE BANK, N.A.,**

      **Defendant.**
_____/

## **ORDER**

      This cause is before the Court on Plaintiff's Notice of Voluntary Dismissal With Prejudice as to Experian Information Solutions, Inc. and Trans Union LLC, filed April 17, 2024. (Doc. 19). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this filing was self-executing. *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendants Experian Information Solutions, Inc. and Trans Union LLC are **DISMISSED WITH PREJUDICE**. Accordingly, the Clerk of Court is **DIRECTED** to terminate Defendants Experian Information Solutions, Inc. and Trans Union LLC only as parties.

      **DONE AND ORDERED** in Orlando, Florida on May 1, 2024.

_____
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties