**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JANAY REBECCA JOHNSON,

  Plaintiff,

v.                                            CASE NO.: 6:24-cv-00033-ACC-DCI

EXPERIAN INFORMATION
SOLUTIONS, INC., TRANS UNION
LLC, and JPMORGAN CHASE BANK,
N.A. d/b/a JPMCB AUTO FINANCE,

  Defendants.
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO JPMORGAN CHASE BANK, N.A. d/b/a JPMCB AUTO FINANCE**

COMES NOW Plaintiff, JANAY REBECCA JOHNSON and the one remaining Defendant, JPMORGAN CHASE BANK, N.A. d/b/a JPMCB AUTO FINANCE and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(iii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff, against the Defendant JPMORGAN CHASE BANK, N.A. d/b/a JPMCB AUTO FINANCE in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 25th day of June, 2024.

1

| | |
|---|---|
| **/s/Christopher Legg** | **GREENBERG TRAURIG, P.A.** |
| Christopher W. Legg, Esq. | 450 South Orange Avenue, Suite 650 |
| Florida Bar #:0044460 | Orlando, FL 32801 |
| The Consumer Lawyers, PLLC | Telephone: (407) 420-1000 |
| 412 E. Madison St, Ste 916 | Facsimile: (407) 420-5909 |
| Tampa, FL 33602 | |
| Office: (813)299-8537 | By: /s/*Courtney M. Keller* |
| Facsimile: (844)951-3933 | Courtney M. Keller, Esquire |
| Primary Email: | Florida Bar No. 028668 |
| Chris@theconsumerlawyers.com | Email: kellerc@gtlaw.com |
| Secondary Email: | |
| Lisa@theconsumerlawyers.com | *Counsel for Defendant JPMorgan Chase* |
| *Attorney for Plaintiff* | *Bank, N.A.* |