# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**JANAY REBBECCA JOHNSON,**

       **Plaintiff,**

v.                                                                                          **Case No: 6:24-cv-33-PGB-DCI**

**JPMORGAN CHASE BANK, N.A.,**

       **Defendant.**
_____/

## ORDER

    This cause is before the Court on the parties' Joint Stipulation of Dismissal With Prejudice as to JPMorgan Chase Bank, N.A. d/b/a JPMCB Auto Finance, filed July 1, 2024. (Doc. 31). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this filing was self-executing. *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendant JPMorgan Chase Bank, N.A. d/b/a JPMCB Auto Finance are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

    **DONE AND ORDERED** in Orlando, Florida on July 2, 2024.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties